UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 22169
   ZORICA CELOJEVIC
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

            Debtor
    SSN XXX-XX-6107

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 06/03/2005 and was confirmed 07/14/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  20.38% from remaining funds.

     The case was paid in full 06/11/2008.
--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICAN HONDA FINANCE C | SECURED | 12016.15 | 502.54 | 12016.15 |
| AMERICAN HONDA FINANCE C | UNSECURED | NOT FILED | .00 | .00 |
| CITIMORTGAGE INC | CURRENT MORTG | .00 | .00 | .00 |
| ASSOCIATE AREA COUNSEL S | NOTICE ONLY | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | 232.93 | .00 | 47.47 |
| UNITED STATES ATTORNEY | NOTICE ONLY | NOT FILED | .00 | .00 |
| ROBERT J ADAMS & ASSOC | PRIORITY | NOT FILED | .00 | .00 |
| WORLD FINANCIAL NETWORK | UNSECURED | 146.18 | .00 | 29.79 |
| WORLD FINANCIAL NETWORK | UNSECURED | 109.18 | .00 | 22.25 |
| AMERICAN EXPRESS TRAVEL | UNSECURED | 1592.63 | .00 | 324.56 |
| INTERNAL REVENUE SERVICE | PRIORITY | 1931.06 | .00 | 1931.06 |
| LORD & TAYLOR | UNSECURED | 124.96 | .00 | 25.47 |
| ECAST SETTLEMENT CORP | UNSECURED | 514.55 | .00 | 104.86 |
| ROUNDUP FUNDING LLC | UNSECURED | 7080.86 | .00 | 1443.00 |
| ECAST SETTLEMENT CORP | UNSECURED | 365.17 | .00 | 74.42 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED OTH | 20160.91 | .00 | 4108.76 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 11051.63 | .00 | 2252.19 |
| INTERNAL REVENUE SERVICE | NOTICE ONLY | NOT FILED | .00 | .00 |
| TAX DIVISION DOJ | NOTICE ONLY | NOT FILED | .00 | .00 |
| ARMOR SYSTEMS CORP | UNSECURED | NOT FILED | .00 | .00 |
| BAKER MILLER MARKOFF & K | UNSECURED | NOT FILED | .00 | .00 |
| BEST BUY | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE | UNSECURED | NOT FILED | .00 | .00 |
| CASUAL CORNER GROUP | UNSECURED | NOT FILED | .00 | .00 |
| COLLECT AMERICA | NOTICE ONLY | NOT FILED | .00 | .00 |
| COLLECTCORP | UNSECURED | NOT FILED | .00 | .00 |
| EXPRESS GOLD CARD | UNSECURED | NOT FILED | .00 | .00 |
| FIRST USA BANK | UNSECURED | NOT FILED | .00 | .00 |
| INOVISION | NOTICE ONLY | NOT FILED | .00 | .00 |
| JC PENNY | UNSECURED | NOT FILED | .00 | .00 |
| KCA FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| LINENS & THINGS | UNSECURED | NOT FILED | .00 | .00 |

PAGE  1 - CONTINUED ON NEXT PAGE
                CASE NO. 05 B 22169 ZORICA CELOJEVIC

```
MARLIN INTEGRATED          NOTICE ONLY   NOT FILED              .00           .00
NCO FINANCIAL SYSTEMS      UNSECURED     NOT FILED              .00           .00
P SCOTT LOWERY PC          UNSECURED     NOT FILED              .00           .00
RISK MANAGEMENT ALTERNAT   UNSECURED     NOT FILED              .00           .00
SAMS CLUB                  UNSECURED     NOT FILED              .00           .00
RETAILERS NATIONAL BANK    UNSECURED     NOT FILED              .00           .00
ZALES JEWELERS             UNSECURED     NOT FILED              .00           .00
ROBERT J ADAMS & ASSOC     REIMBURSEMENT    210.00              .00        210.00
ROBERT J ADAMS & ASSOC     DEBTOR ATTY    2,700.00                        2,700.00
TOM VAUGHN                 TRUSTEE                                        1,567.48
DEBTOR REFUND              REFUND                                           119.35
```

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------

                          RECEIPTS         DISBURSEMENTS
                         --------------------------------------------------------

```
TRUSTEE                   27,479.35

PRIORITY                                       2,141.06
SECURED                                       12,016.15
      INTEREST                                   502.54
UNSECURED                                      8,432.77
ADMINISTRATIVE                                 2,700.00
TRUSTEE COMPENSATION                           1,567.48
DEBTOR REFUND                                    119.35
                         ---------------   ---------------
TOTALS                    27,479.35            27,479.35
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
    Dated: 09/25/08           _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE